UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------x

JOSEPH K. PICCIRILLI

    Plaintiff,

v.

IUE-CWA PENSION FUND,

    Defendant.

------------------------------------------------------------x

Case No. 2:09-cv-01208 (GLL)

Judge Gary L. Lancaster

## ORDER

AND NOW, on this 15th day of October, 2009, upon consideration of the Motion to Admit Jill L. Goldberg *Pro Hac Vice*, it is hereby ORDERED that said Motion is GRANTED and that she is hereby admitted to this Court *Pro Hac Vice* for the above-captioned action.

Dated: October 15, 2009

BY THE COURT:

_____
Honorable Gary L. Lancaster, U.S.D.J.