# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

```
---------------------------------------------------------x
JOSEPH R. PICCIRILLI                       :
                                           :
        Plaintiff.                         :        Case No. 2:09-cv-01208 (GLL)
                                           :
v.                                         :        Judge Gary L. Lancaster
                                           :
IUE-CWA PENSION FUND,                      :
                                           :
        Defendant.                         :
---------------------------------------------------------x
```

## ORDER

AND NOW, on this 15th day of October, 2009, upon consideration of the Motion to Admit Meredith Nachman *Pro Hac Vice*, it is hereby ORDERED that said Motion is GRANTED and that she is hereby admitted to this Court *Pro Hac Vice* for the above-captioned action.

Dated: October 15, 2009

BY THE COURT:

Honorable Gary L. Lancaster, U.S.D.J.