# UNITED STATES DISTRICT COURT

    WESTERN    DISTRICT OF    PENNSYLVANIA

JOSEPH R. PICCIRILLI

**NOTICE**

V.

IUE-CWA PENSION FUND    CASE NUMBER: CIVIL ACTION NO. 09-1208

TYPE OF CASE:

    X **CIVIL**    **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

STATUS CONFERENCE
(Conference will now be held by telephone; Court to initiate conference call;
Counsel to contact chambers prior to conference date and provide their direct dial numbers)

X **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Hon. Gary L. Lancaster, Chief U.S. District Judge Courtroom #3A, 3rd floor U.S. Courthouse Pittsburgh, PA | December 2, 2009 @ 3 PM | **Thursday, December 3, 2009 @ 3 PM** |

Robert V. Barth, Jr., Clerk of Court
U.S. MAGISTRATE JUDGE OR CLERK OF

December 1, 2009    Michael A. Palus
DATE    (BY) DEPUTY CLERK

TO:    All Counsel of Record