# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOSEPH R. PICCIRILLI )
)
)
Plaintiff )
vs. ) C.A. 09-1208
IUE-CWA PENSION FUND )
)
)
Defendant )

**HEARING ON** TELEPHONE STATUS CONFERENCE

Before CHIEF JUDGE GARY L. LANCASTER

| ROBERT LAMPL, ESQ. | JILL GOLDBERG, ESQ. |
| ELSIE LAMPL, ESQ. | |
| Appear for Plaintiff | Appear for Defendant |

Hearing Begun 12/3/09 @ 11:06 AM        Hrg Adjourned to

Hrg concluded C.A.V. 12/3/09 @ 11:13 AM       Stenographer NONE

**WITNESS**

For Plaintiff                                       For Defendant

Parties represent that they have selected
Donald Ziegler as mediator