IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Joseph H. Piccirilli )
)
)
Plaintiff(s) )
v. ) Civil Action No. 09-1208
IUE-CWA Pension Fund )
)
)
Defendant(s) )

## REPORT OF NEUTRAL

A ENE/*MEDIATION* session was held in the above captioned matter January 20, 2010

The case (please check one):
\_\_\_\_\_ has resolved
__x__ has resolved in part (see below)
\_\_\_\_\_ has not resolved.

A follow up session, if applicable:
_____ is scheduled for date _____

\_\_\_\_\_ will be held with the neutral within _____ days

\_\_\_\_\_ parties agree that a follow up conference with the Court should be scheduled within \_\_\_\_\_ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

Counsel for the parties agreed to the structure of a settlement and agreed to recommend the settlement to their principals. Plaintiff must supply certain documents, and the Pension Board appears likely to approve settlement.

Dated: January 21, 2010

Signature of Neutral

Rev.03/09