**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOSEPH R. PICCIRILLI,** | |
| **Plaintiff,** | **Case No. 2:09-CV-01208** |
| v. | **Judge Gary L. Lancaster** |
| **IUE-CWA PENSION FUND,** | |
| **Defendant.** | |

| | |
|---|---|
| Robert O Lampl | William T. Payne |
| John P. Lacher | Stephen M. Pincus |
| Elsie R. Lampl | Stember Feinstein Doyle & Payne, LLC |
| Counsel for Plaintiff | Counsel for Defendant |
| 960 Penn Avenue, Suite 1200 | Allegheny Building, 17th Fl. |
| Pittsburgh, PA 15222 | 429 Forbes Avenue |
| (412) 392-0300 | Pittsburgh, PA 15219-1639 |
| rlampl@lampllaw.com | (412) 281-8400 |
| jlacher@lampllaw.com | wpayne@stemberfeinstein.com |
| elampl@lampllaw.com | spincus@stemberfeinstein.com |
| | |
| | Ronald E. Richman |
| | Jill L. Goldberg |
| | Meredith Nachman |
| | Schulte Roth & Zabel LLP |
| | Counsel for Defendant |
| | 919 Third Avenue |
| | New York, New York 10022 |
| | Phone: (212) 756-2000 |
| | ronald.richman@srz.com |
| | jill.goldberg@srz.com |
| | meredith.nachman@srz.com |

**STIPULATION OF VOLUNTARY**
**DISMISSAL WITH PREJUDICE**

The undersigned parties, plaintiff Joseph R. Piccirilli ("Piccirilli") and defendant IUE-CWA Pension Fund (the "Fund"), hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the voluntary dismissal with prejudice of plaintiff's complaint and claims against defendant as the parties have agreed in their Settlement Agreement and Mutual Release ("Settlement Agreement"):

1. The Settlement Agreement was executed by Piccirilli on June 25, 2010, and by the Fund on June 23, 2010;

2. Pursuant to the terms of the Settlement Agreement, the parties hereby stipulate to the voluntary dismissal with prejudice of the present action, with no costs or fees to be awarded to any party;

3. The parties will take all actions required under the terms of the Settlement Agreement;

4. A final judgment dismissing this case with prejudice and without costs will be entered forthwith; and

5. After final judgment is entered, the Court will retain supervisory jurisdiction over this case for sixty (60) days for the purpose of resolving any dispute that may arise relating to the Settlement Agreement.

Dated: Pittsburgh, Pennsylvania
   June 28, 2010

By: /s/ Robert O Lampl_____  By: /s/ Meredith Nachman_____
  Robert O Lampl         Ronald E. Richman
  John P. Lacher         Jill L. Goldberg
  Elsie R. Lampl         Meredith Nachman

  960 Penn Avenue, Suite 1200    Schulte Roth & Zabel LLP
  Pittsburgh, PA 15222       New York, New York 10022
  (412) 392-0300         (212) 756-2000

  Counsel for Plaintiff        Stember Feinstein Doyle
                   & Payne LLC
                  William T. Payne
                  Stephen M. Pincus
                  Allegheny Building, 17th Fl.
                  429 Forbes Avenue
                  Pittsburgh, PA 15219-1639
                  (412) 281-8400

                  Counsel for Defendant

IT IS SO ORDERED.

DATED:_____     _____