UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

JOSEPH R. PICCIRILLI,

     Plaintiff,

v.

IUE-CWA PENSION FUND,

     Defendant.

Case No. 2:09-CV-01208

Judge Gary L. Lancaster

---

Robert O Lampl
John P. Lacher
Elsie R. Lampl
Counsel for Plaintiff
960 Penn Avenue, Suite 1200
Pittsburgh, PA 15222
(412) 392-0300
rlampl@lampllaw.com
jlacher@lampllaw.com
elampl@lampllaw.com

William T. Payne
Stephen M. Pincus
Stember Feinstein Doyle & Payne, LLC
Counsel for Defendant
Allegheny Building, 17th Fl.
429 Forbes Avenue
Pittsburgh, PA 15219-1639
(412) 281-8400
wpayne@stemberfeinstein.com
spincus@stemberfeinstein.com

Ronald E. Richman
Jill L. Goldberg
Meredith Nachman
Schulte Roth & Zabel LLP
Counsel for Defendant
919 Third Avenue
New York, New York 10022
Phone: (212) 756-2000
ronald.richman@srz.com
jill.goldberg@srz.com
meredith.nachman@srz.com

---

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

The undersigned parties, plaintiff Joseph R. Piccirilli ("Piccirilli") and defendant IUE-CWA Pension Fund (the "Fund"), hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the voluntary dismissal with prejudice of plaintiff's complaint and claims against defendant as the parties have agreed in their Settlement Agreement and Mutual Release ("Settlement Agreement"):

1. The Settlement Agreement was executed by Piccirilli on June 25, 2010, and by the Fund on June 23, 2010;

2. Pursuant to the terms of the Settlement Agreement, the parties hereby stipulate to the voluntary dismissal with prejudice of the present action, with no costs or fees to be awarded to any party;

3. The parties will take all actions required under the terms of the Settlement Agreement;

4. A final judgment dismissing this case with prejudice and without costs will be entered forthwith; and

5. After final judgment is entered, the Court will retain supervisory jurisdiction over this case for sixty (60) days for the purpose of resolving any dispute that may arise relating to the Settlement Agreement.

Dated: Pittsburgh, Pennsylvania
      June 28, 2010

| | |
|---|---|
| By: /s/ Robert O Lampl<br>   Robert O Lampl<br>   John P. Lacher<br>   Elsie R. Lampl<br><br>   960 Penn Avenue, Suite 1200<br>   Pittsburgh, PA 15222<br>   (412) 392-0300<br><br>   Counsel for Plaintiff | By: /s/ Meredith Nachman<br>   Ronald E. Richman<br>   Jill L. Goldberg<br>   Meredith Nachman<br><br>   Schulte Roth & Zabel LLP<br>   New York, New York 10022<br>   (212) 756-2000<br><br>   Stember Feinstein Doyle<br>     & Payne LLC<br>   William T. Payne<br>   Stephen M. Pincus<br>   Allegheny Building, 17th Fl.<br>   429 Forbes Avenue<br>   Pittsburgh, PA 15219-1639<br>   (412) 281-8400<br><br>   Counsel for Defendant |

IT IS SO ORDERED.

DATED: 7/6/10

_____, C.J.
Hon. Gary L. Lancaster,
Chief U.S. District Judge