UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

**JOSEPH R. PICCIRILLI,**

          **Plaintiff,**

v.

**IUE-CWA PENSION FUND,**

          **Defendant.**

Case No. 2:09-CV-01208

Judge Gary L. Lancaster

---

Robert O Lampl
John P. Lacher
Elsie R. Lampl
Counsel for Plaintiff
960 Penn Avenue, Suite 1200
Pittsburgh, PA 15222
(412) 392-0300
rlampl@lampllaw.com
jlacher@lampllaw.com
elampl@lampllaw.com

William T. Payne
Stephen M. Pincus
Stember Feinstein Doyle & Payne, LLC
Counsel for Defendant
Allegheny Building, 17th Fl.
429 Forbes Avenue
Pittsburgh, PA 15219-1639
(412) 281-8400
wpayne@stemberfeinstein.com
spincus@stemberfeinstein.com

Ronald E. Richman
Jill L. Goldberg
Meredith Nachman
Schulte Roth & Zabel LLP
Counsel for Defendant
919 Third Avenue
New York, New York 10022
Phone: (212) 756-2000
ronald.richman@srz.com
jill.goldberg@srz.com
meredith.nachman@srz.com

---

**STIPULATION OF VOLUNTARY
DISMISSAL WITH PREJUDICE**

The undersigned parties, plaintiff Joseph R. Piccirilli ("Piccirilli") and defendant IUE-CWA Pension Fund (the "Fund"), hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the voluntary dismissal with prejudice of plaintiff's complaint and claims against defendant as the parties have agreed in their Settlement Agreement and Mutual Release ("Settlement Agreement"):

1. The Settlement Agreement was executed by Piccirilli on June 25, 2010, and by the Fund on June 23, 2010;

2. Pursuant to the terms of the Settlement Agreement, the parties hereby stipulate to the voluntary dismissal with prejudice of the present action, with no costs or fees to be awarded to any party;

3. The parties will take all actions required under the terms of the Settlement Agreement;

4. A final judgment dismissing this case with prejudice and without costs will be entered forthwith; and

5. After final judgment is entered, the Court will retain supervisory jurisdiction over this case for sixty (60) days for the purpose of resolving any dispute that may arise relating to the Settlement Agreement.

Dated: Pittsburgh, Pennsylvania
June 28, 2010

By: /s/ Robert O Lampl
   Robert O Lampl
   John P. Lacher
   Elsie R. Lampl

   960 Penn Avenue, Suite 1200
   Pittsburgh, PA 15222
   (412) 392-0300

   Counsel for Plaintiff

By: /s/ Meredith Nachman
   Ronald E. Richman
   Jill L. Goldberg
   Meredith Nachman

   Schulte Roth & Zabel LLP
   New York, New York 10022
   (212) 756-2000

   Stember Feinstein Doyle
     & Payne LLC
   William T. Payne
   Stephen M. Pincus
   Allegheny Building, 17th Fl.
   429 Forbes Avenue
   Pittsburgh, PA 15219-1639
   (412) 281-8400

   Counsel for Defendant

IT IS SO ORDERED.

DATED: 7/6/10

_____, C.J.
Hon. Gary L. Lancaster,
Chief U.S. District Judge